**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2018

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: ***United States* v. *Rudy Floyd*, 18 Cr. 127 (LGS)**

Dear Judge Schofield:

As per your Honor's order from February 21, 2018, the parties jointly propose the following schedule in the above captioned case, with certain caveats set forth in the bottom paragraphs:

- Discovery to be completed by **March 2, 2018**.
- Defense motions to be filed on or before **March 30**, with the Government's opposition due on **April 13, 2018**, and any reply due by **April 20, 2018**.
- A status conference the week of **April 2, 2018** if no motions are filed, and the week of **April 23, 2018** if there are any motions filed.

The Government also moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from today until the date of the initial pre-trial conference. The Government respectfully submits that it is in the interests of justice to exclude time, so that the Government can prepare and produce discovery, the defense has an opportunity to review discovery and consider any appropriate motions, and the parties can discuss a possible pre-trial resolution. Counsel for the defendant has objected to this request.

Because of the length of time that the proposed schedule would allow to lapse before any motion practice, if the Court denies the motion to exclude time, the Government would propose an alternate schedule with the following changes:

- Defense motions to be filed on or before **March 16, 2018**, the Government's opposition due **March 23, 2018**, and any reply due by **March 30, 2018**.
- A status conference the week of **March 19, 2018** if no motions are filed, and the week of **April 2, 2018** if there are any motions filed.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: Mollie Bracewell

Mollie Bracewell
Assistant United States Attorney
(212) 637-2218

cc: Martin Cohen, Esq. (via ECF)